S

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIM. NO: 7:09-CR-8-WLS |
| vs. : | VIOLATIONS: |
| : | |
| DWAIN D. WILLIAMS, : | 18 U.S.C. § 3261(a)(1) |
| **Defendant.** : | (Criminal Offense Committed by |
| : | Person Conduct Accompanying |
| : | Member of the Armed Forces |
| : | Outside of the United States) |
| : | |
| : | 18 U.S.C. § 2241(c) |
| : | (Aggravated Sexual Abuse of a |
| : | Child) |
| : | |
| : | 18 U.S.C. § 2244(a)(5) |
| : | (Abusive Sexual Contact with a |
| : | Child) |
| : | |

**THE GRAND JURY CHARGES:**

### GENERAL ALLEGATIONS

1.     The conduct alleged in this Indictment occurred outside the jurisdiction of any particular State or District and within the venue of the United States District Court for the Middle District of Georgia, as provided by 18 U.S.C. Section 3238.

2.     Between on or about July 2004 and June 25, 2007, the defendant, **DWAIN D. WILLIAMS,** a citizen of the United States, was accompanying the Armed Forces outside the United States, as defined in 18 U.S.C. Section 3267(2), that is:

a.   The defendant was the dependant of a member of the United States Armed Forces;

b.   The defendant was residing with such member of the United States Armed Forces outside the United States in Japan; and

c.   The defendant is not a national of or ordinarily a resident of Japan.

3.   The conduct described in Counts One and Two of this Indictment occurred in and around Okinawa, Japan, and outside the United States.

4.   The conduct described herein constitutes an offense which would be punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

## COUNT ONE

**Aggravated Sexual Abuse of a Child Committed by
Person Accompanying Member of the Armed Forces Outside of the United States
18 U.S.C. § 3261(a)(1) and 2241(c).**

5.     The General Allegations set forth in Paragraphs One through Four of this Indictment is re-alleged and expressly incorporated herein as if set out in full.

6.     Between on or about July 2004 and June 25, 2007, in and around Okinawa, Japan, the defendant, **DWAIN D. WILLIAMS,** did knowingly engage in and attempt to engage in a sexual act, as defined in 18 U.S.C. Section 2246(2), with a female child who had not attained the age of 12 years.

In violation of Title 18, United States Code, Sections 3261(a)(1) and 2241(c).

3

## COUNT TWO

**Abusive Sexual Contact with a Child Committed by Person
Accompanying Member of the Armed Forces Outside of the United States
18 U.S.C. § 3261(a)(1), 2244(a)(1) and 2244(a)(5).**

7.     The General Allegations set forth in Paragraphs One through Four of this Indictment is re-alleged and expressly incorporated herein as if set out in full.

8.     Between on or about July 2004 and June 25, 2007, the defendant, **DWAIN D. WILLIAMS,** did knowingly engage in and cause sexual contact, as defined in 18 U.S.C. Section 2246(3), with a female child who had not attained the age of 12 years, and which would have violated Title 18, United States Code, Section 2241(c) had the sexual contact been a sexual act, as defined in 18 U.S.C. Section 2246(2).

In violation of Title 18, United States Code, Sections 3261(a)(1), 2244(a)(1) and 2244(a)(5).

4

A TRUE BILL:

S/_____
FOREPERSON

MAXWELL WOOD
UNITED STATES ATTORNEY


By: _____
JIM CRANE
ASSISTANT UNITED STATES ATTORNEY

_____
MI YUNG PARK
DEPARTMENT OF JUSTICE TRIAL ATTORNEY
CHILD EXPLOITATION AND OBSCENITY SECTION

6

*Filed in open court this* ___14th___ *day of*

___July___ A.D. 20 09

_____
*Clerk*