Filed at 2:05 P M
8/11, 20 09
B. Littleton
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 7:09-CR-8-001(WLS) |
| vs. | |
| DWAIN WILLIAMS | VIOLATION: 18 U.S.C. § 3261 (a)(1)<br>18 U.S.C. § 2241(c)<br>18 U.S.C. § 2244(a)(5) |

## P L E A

I, Dwain Williams having been advised of my Constitutional rights, and having had the charges herein stated to me, plead NOT GUILTY this 11th day of August, 2009.

_____
DWAIN WILLIAMS
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
JIM CRANE
ASSISTANT UNITED STATES ATTORNEY