PS 40
(Rev. 6/05)

## UNITED STATES DISTRICT COURT

### NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 AUG 28 AM 9 36

*B. Littleton*

DEPUTY CLERK

TO:  United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

FROM:  U. S. Probation Office
201 West Broad Avenue
Albany, GA 31701

[X] **Original Notice**                    [ ] **Notice of Disposition**

Date: 8/28/2009                            Date: _____

By: Scott K. Howell                        By: _____

Defendant: **Dwain D. Williams**           Case Number: **7:09-CR-8-001**

Date of Birth: **08/27/1974**              Place of Birth: **Camilla, Georgia**

SSN: **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**

**Notice of Court Order** (Order Date: 08/11/2009 )

[ ]  The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X]  The above-named defendant surrendered Passport Number 450475896 to the custody of the U. S. Probation Office on 08/27/2009 .

**NOTICE OF DISPOSITION**

The above case has been disposed of.

[ ]  The above order of the court is no longer in effect.

[ ]  Defendant not convicted – Document returned to defendant.

[ ]  Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ]  Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court