IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPERSEDING INDICTMENT |
| v. | Case No. 7:09-CR-8 (WLS) |
| DWAIN D. WILLIAMS | VIOLATION: 18 U.S.C. § 2423(c) |
| | 18 U.S.C. § 3261(a)(1) |
| | 18 U.S.C. § 2241(c) |
| | 18 U.S.C. § 2244(a)(5) |

### PLEA

I <u>Dwain Williams</u> having been advised of my Constitutional rights, and having had the charges herein stated to me, plead NOT GUILTY this _17_ day of _June_, 2010.

_____
DWAIN WILLIAMS
DEFENDANT

_____
D. NICOLE WILLIAMS
ATTORNEY FOR DEFENDANT

_____
JIM CRANE
ASSISTANT UNITED STATES ATTORNEY