**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO: 7:09-CR-8-WLS** |
| : | |
| **DWAIN WILLIAMS** : | |

### NOTICE OF INTENT TO PRESENT CERTIFIED DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

The Government hereby serves notice of it intent to offer certified domestic records of regularly conducted activity pursuant to Federal Rules of Evidence 803(6) and 902(11). These records are available for inspection in the United States Attorney's Office 201 W. Broad Avenue Albany, Ga 31701 daily during regular business hours from the date of this filing until the date that trial is scheduled to commence. Additionally, copies of the same have been served on defense counsel contemporaneously with the filing of this motion via facsimile.

1) The contents of the Verizon Wireless phone account 229-412-0893, maintained by Verizon Wireless, a cellular phone provider located in Bedminster, New Jersey. Suzanne Jagodnik, declared and certified under penalty of perjury under the laws of the United States of America that the following statements are true and correct.

RESPECTFULLY SUBMITTED, this 25TH day of June 2010.

                                           G.F. PETEMAN, III
                                           ACTING UNITED STATES ATTORNEY

                                           /s JIM CRANE
                                           ASSISTANT UNITED STATES ATTORNEY

CERTIFICATE

I, Jim Crame, Assistant United States Attorney, hereby certify that on the 25th day of June, 2010, I electronically filed the within and foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nicole Williams

s/ JIM CRANE
ASSISTANT UNITED STATES ATTORNEY

ADDRESS:

POST OFFICE BOX 366
ALBANY, GEORGIA  31702
TELEPHONE:  (229) 430-7754