

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**
**AT ALBANY, GEORGIA**

## MINUTE SHEET OF COURT PROCEEDINGS
## (CONTESTED)

Date:  JULY 29, 2010                          Type of Hearing:

                                              in re ALL PENDING PRE-TRIAL MOTIONS

Judge: W. LOUIS SANDS                         Court Reporter: R. Darlene Pino

Courtroom Deputy: Joan B. King                Interpreter:

### Case Number:  7:09-CR-8-001 (WLS)

UNITED STATES OF AMERICA                      Counsel:  Jim Crane

   vs.

DWAIN D. WILLIAMS                             Counsel:  Nicole Williams

Agents/experts in attendance:

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR:    1 hr 30 mins.*

The Court heard argument as to all pending motions.

Govt direct examination of witnesses Jason Tilley and Leo Dawson [with cross-examination by Dft].

No further evidence from either party, evidence closed.

Written order to follow.  Court adjourned.