## EXHIBIT LIST - GOV'T

## PRE-TRIAL MOTIONS HRG - July 29, 2010

U.S. District Court, Middle District of Georgia
VALDOSTA Division@ Albany

## Case No.  7:09-CR-8-001  (WLS)

### U.S.A vs. DWAIN D. WILLIAMS

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 A | AUDIO CD  5/29/09 | X | X |
| 1 B | TRANSCRIPT OF AUDIO CD | X | X |
| 2 A | AUDIO CD 7/9/09 | X | X |
| 2 B | TRANSCRIPT OF AUDIO CD | X | X |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |