FILED at 2:20 P.M. 8/19, 20 10

Courtroom Deputy/Scheduling Clerk
U.S. District Court
Middle District of Georgia

# MASTER EXHIBIT LIST - JURY TRIAL

U.S. District Court, Middle District of Georgia
VALDOSTA Division @ Valdosta, GA

Case No. 7:09-CR-8-001(WLS)

Date(s): AUGUST 16th - 19th, 2010

## U.S.A. v DWAIN D. WILLIAMS

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| | **GOVERNMENT** | | |
| 1-A | AUDIO OF MAY 29, 2009 PHONE CALL | X | w/o objection |
| 1-B | TRANSCRIPT OF MAY 29, 2009 PHONE CALL - *DEMONSTRATIVE ONLY* | X | w/o objection |
| 7 | MAY 22, 2006 - A.F. MEDICAL RECORD [basketball injury] | X | w/o objection |
| 8 | DRAWING OF INTERIOR OF OFF BASE HOUSING - JAPAN | X | w/o objection |
| 9 | M. WILLIAMS TDY FORM | X | w/o objection |
| 12-A | PHOTO OF OUTSIDE OF 5420 BENNETT Okinawa Japan Air Force Base | X | w/o objection |
| 12-B | PHOTO OF INTERIOR OF 5420 BENNETT Okinawa Japan Air Force Base | X | w/o objection |
| 13 | PHOTOS OF 2791-A Eagle Stone Circle Okinawa Japan Air Force Base | X | w/o objection |
| | **DEFENDANT** | | |
| 1 | Book entitled "THE SHACK" *DEMONSTRATIVE ONLY* | X | w/o objection |