IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

FILED at _4:03 p._ M
AUG 19, 20 10
Courtroom Deputy/Calendar Clerk
U.S. District Court
Middle District of Georgia

UNITED STATES OF AMERICA,    :
                            :
        Plaintiff,          :
                            :
v.                          :    CASE NO.: 7:09-CR-8 (WLS)
                            :
DWAIN D. WILLIAMS,          :
                            :
        Defendant.          :
_____:

## **VERDICT**

1.    As to COUNT ONE of the Superseding Indictment, we the jury find the Defendant:

            __X__ GUILTY      _____ NOT GUILTY.

        *[Proceed to COUNT TWO.]*

2.    As to COUNT TWO of the Superseding Indictment, we the jury find the Defendant:

            __X__ GUILTY      _____ NOT GUILTY.

        *[If you answered NOT GUILTY, proceed to question 3.  If
        you answered GUILTY, please answer question 2a.]*

    2a.   If you find the Defendant guilty of COUNT TWO, do you also find beyond a
          reasonable doubt that the allegations contained in COUNT TWO of the
          Superseding Indictment occurred:

            Before July 27, 2006?    __X__ YES      _____ NO.

            On or after July 27, 2006?  __X__ YES      _____ NO.

        *[Proceed to COUNT THREE.]*

1

3.      As to COUNT THREE of the Superseding Indictment, we the jury find the Defendant:

                          X   GUILTY    _____   NOT GUILTY.

        *[If you answered NOT GUILTY, proceed to the end of the
        Verdict form.   If you answered GUILTY, please answer
        question 3a.]*

   3a.      If you find the Defendant guilty of COUNT THREE, do you also find beyond a
            reasonable doubt that the allegations contained in COUNT THREE of the
            Superseding Indictment occurred:

                Before July 27, 2006?        X   YES    _____   NO.

                On or after July 27, 2006?   X   YES    _____   NO.

        *[Please date and sign below and return the entire verdict form to the Court.]*

We so find, this _____ day of August, 2010.

                          Foreperson

    We concur: